**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: AQUINO, VIRGILIO § Case No. 12-22214
AQUINO, MARIA §
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/31/2012. The undersigned trustee was appointed on 04/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $       35,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,777.50 |
| Bank service fees | 841.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 32,381.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

      6. The deadline for filing non-governmental claims in this case was 01/16/2013 and the deadline for filing governmental claims was 11/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,250.00, for a total compensation of $4,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/11/2015    By: /s/ David R. Brown
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 12-22214 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | AQUINO, VIRGILIO<br>AQUINO, MARIA | Date Filed (f) or Converted (c): | 05/31/2012 (f) |
| | | § 341(a) Meeting Date: | 06/28/2012 |
| For Period Ending: | 08/11/2015 | Claims Bar Date: | 01/16/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | ---: | ---: | --- | ---: | --- |
| 1 | 191 Seneca Trail Bloomingdale, Il 60108 | 205,000.00 | 0.00 | | 0.00 | FA |
| 2 | 6973 Highway Avenue, Suite 202 Jacksonville, FL<br>32254 Debtor owns half interest with son, Debtor's interest worth $35,000 | 70,000.00 | 65,356.00 | | 35,000.00 | FA |
| 3 | 3537 Live Oak Hollow Drive Orange Park, FL 32065 | 130,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking accounts with Bank of America and Fifth Third Bank<br>Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Typical household goods, furnishings, consumer<br>electronics, appliances, kitchenware | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | DVDs, books, family photos, household decor | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Basic necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Basic jewelry and accessories | 150.00 | 0.00 | | 0.00 | FA |
| 9 | 1999 Mercedes-Benz C230 w/ 190k miles | 2,800.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Ford F-150 w/ 75k miles | 7,766.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Econovan w/ 375k miles | 1,700.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

Case No.: 12-22214  
Case Name: AQUINO, VIRGILIO  
AQUINO, MARIA  
For Period Ending: 08/11/2015

Trustee Name: (330580) David R. Brown  
Date Filed (f) or Converted (c): 05/31/2012 (f)  
§ 341(a) Meeting Date: 06/28/2012  
Claims Bar Date: 01/16/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2010 Nissan Rogue | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 13 | 2000 Chevrolet S-10 that doesn't run;<br>transmission problem | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 15 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 17 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Case 12-22214   Doc 50   Filed 09/01/15   Entered 09/01/15 14:44:55   Desc Main
Document      Page 5 of 20

Exhibit A

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case No.:** 12-22214
**Case Name:** AQUINO, VIRGILIO
AQUINO, MARIA
**For Period Ending:** 08/11/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 05/31/2012 (f)
**§ 341(a) Meeting Date:** 06/28/2012
**Claims Bar Date:** 01/16/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 24 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Void (u) | Unknown | Unknown | | 0.00 | FA |
| | **Assets   Totals**   (Excluding unknown values) | **$435,316.00** | **$78,356.00** | | **$35,000.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

| | |
|---|---|
| **Case No.:** 12-22214 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** AQUINO, VIRGILIO<br>AQUINO, MARIA | **Date Filed (f) or Converted (c):** 05/31/2012 (f)<br>**§ 341(a) Meeting Date:** 06/28/2012 |
| **For Period Ending:** 08/11/2015 | **Claims Bar Date:** 01/16/2013 |

**Major Activities Affecting Case Closing:**

RETAINING BROKER IN FLORIDA TO SELL PROPERTY
Negotiating repurchase of Florida property by co-owner.
Order entered 8/23/13 for sale of Property, Asset #2.
Sum of $10,000.00 due 8/23/13.
Remaining $25,000.00 payment installments due with final due January 2014.

Order of Default and Turnover in regard to Sale of Property, Asset #2, was entered on November 8, 2013.
son failed to close original sale deal. Payments made in March, 2014.

Trustee to review claims and file objections thereto if necessary and then prepare Final Report [SYSTEM 2014-04-25 05:00:00]

**Initial Projected Date Of Final Report (TFR):**     12/30/2013            **Current Projected Date Of Final Report (TFR):**     08/11/2015

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | AQUINO, VIRGILIO<br>AQUINO, MARIA | Bank Name: | GREEN BANK |
| Taxpayer ID #: | **-***1114 | Account #: | ********1401 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/23/2013 | {2} | Mavers Corporation | Partial payment of $35,000 interest in 6073 Highway Avenue #202, Jacksonville per court order entered on August 23, 2013. | 1110-000 | 10,000.00 | | 10,000.00 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | 3.12 | 9,996.88 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | 16.13 | 9,980.75 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | 16.10 | 9,964.65 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | 15.56 | 9,949.09 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 17.09 | 9,932.00 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 14.47 | 9,917.53 |
| 03/10/2014 | {2} | VyStar Credit Union | installment payment made by Virgilio Aquino Jr. for purchase of estates interest in 6073 Highway Avenue #202, Jacksonville, FL. property per 8/23/13 order | 1110-000 | 5,000.00 | | 14,917.53 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | AQUINO, VIRGILIO<br>AQUINO, MARIA | Bank Name: | GREEN BANK |
| Taxpayer ID #: | **-***1114 | Account #: | ********1401 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/2014 | {2} | Bank of America- Remitter: Maria El | installment payment made by Virgilio Aquino Jr. for purchase of estates interest in 6073 Highway Avenue #202, Jacksonville, FL. property per 8/23/13 order | 1110-000 | 20,000.00 | | 34,917.53 |
| 03/25/2014 | 3001 | Karen Ewing | 5% of the $35,000.00 sale price as ordered on August 23, 2013 3510-000 $-1,750.00 | 3510-000 | | 1,750.00 | 33,167.53 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | 26.68 | 33,140.85 |
| 04/02/2014 | 3002 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455 2/01/14 to 2/10/15 2300-000 $-27.50 | 2300-000 | | 27.50 | 33,113.35 |
| 04/30/2014 | | GREEN BANK | bank service fee | 2600-000 | | 53.08 | 33,060.27 |
| 05/30/2014 | | GREEN BANK | bank service fee | 2600-000 | | 55.07 | 33,005.20 |
| 06/09/2014 | | GREEN BANK | bank service fee | 2600-000 | | 12.02 | 32,993.18 |
| 06/10/2014 | | Estate of VIRGILIO AQUINO, 12-22214 | transfer by deposit to Bank of NY Mellon | 9999-000 | | 32,993.18 | 0.00 |

{ } Asset Reference(s)  UST Form 101-7-TFR (5/1/2011)  ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | AQUINO, VIRGILIO<br>AQUINO, MARIA | Bank Name: | GREEN BANK |
| Taxpayer ID #: | **-***1114 | Account #: | ********1401 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 35,000.00 | 35,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 32,993.18 | |
| | | | **Subtotal** | | 35,000.00 | 2,006.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,000.00** | **$2,006.82** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | AQUINO, VIRGILIO / AQUINO, MARIA | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1114 | Account #: | **********2472 - Checking Checking |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/2014 | | Estate of VIRGILIO AQUINO, 12-22214 | Fund transfer Transfer of funds to DRB as successor trustee | 9999-000 | 32,993.18 | | 32,993.18 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.40 | 32,975.78 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 49.02 | 32,926.76 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.95 | 32,877.81 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 47.31 | 32,830.50 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.81 | 32,781.69 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 47.17 | 32,734.52 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.66 | 32,685.86 |

{} Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | AQUINO, VIRGILIO / AQUINO, MARIA | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1114 | Account #: | **********2472 - Checking Checking |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.60 | 32,637.26 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 43.83 | 32,593.43 |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.45 | 32,544.98 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 32,544.98 | 0.00 |
| | | **COLUMN TOTALS** | | | **32,993.18** | **32,993.18** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 32,993.18 | 32,544.98 | |
| | | **Subtotal** | | | **0.00** | **448.20** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$448.20** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                          ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | AQUINO, VIRGILIO<br>AQUINO, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1114 | Account #: | ******3866 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 32,544.98 | | 32,544.98 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.28 | 32,524.70 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.22 | 32,479.48 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.83 | 32,429.65 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.19 | 32,381.46 |
| | | **COLUMN TOTALS** | | | **32,544.98** | **163.52** | **$32,381.46** |
| | | | Less: Bank Transfers/CDs | | 32,544.98 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 163.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$163.52** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| Case No.: | 12-22214 | Trustee Name: | David R. Brown (330580) |
| Case Name: | AQUINO, VIRGILIO<br>AQUINO, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1114 | Account #: | ******3866 - Checking Checking Account |
| For Period Ending: | 08/11/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| | |
|---:|---:|
| Net Receipts: | $35,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| | $35,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ********1401 - Checking Checking Account | $35,000.00 | $2,006.82 | $0.00 |
| **********2472 - Checking Checking | $0.00 | $448.20 | $0.00 |
| ******3866 - Checking Checking Account | $0.00 | $163.52 | $32,381.46 |
| | $35,000.00 | $2,618.54 | $32,381.46 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

Case: 12-22214                               VIRGILIO AQUINO AND MARIA AQUINO

Claims Bar Date: 01/16/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY EXP | DAVID E. GROCHOCINSKI<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>05/31/12 | | $0.00<br>$65.86 | $0.00 | $65.86 |
| ATTY FEES | DAVID E. GROCHOCINSKI<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>04/16/14 | | $0.00<br>$3,136.50 | $0.00 | $3,136.50 |
| TR COMP | DAVID E GROCHOCINSKI<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/11/15 | | $3,500.00<br>$3,500.00 | $0.00 | $3,500.00 |
| TR COMP | DAVID R. BROWN<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/31/12 | | $750.00<br>$750.00 | $0.00 | $750.00 |
| 1 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 6328 | Unsecured<br>10/22/12 | | $11,010.00<br>$11,010.00 | $0.00 | $11,010.00 |
| 2 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 5001 | Unsecured<br>11/06/12 | | $17,521.04<br>$17,521.04 | $0.00 | $17,521.04 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

Case: 12-22214                                    VIRGILIO AQUINO AND MARIA AQUINO

Claims Bar Date: 01/16/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 0548 | Unsecured<br>11/06/12 |  | $601.51<br>$601.51 | $0.00 | $601.51 |
| 4 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 4466 | Unsecured<br>11/06/12 |  | $6,449.36<br>$6,449.36 | $0.00 | $6,449.36 |
| 5 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 9184 | Unsecured<br>11/06/12 |  | $3,068.32<br>$3,068.32 | $0.00 | $3,068.32 |
| 6 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 5362 | Unsecured<br>11/06/12 |  | $10,672.43<br>$10,672.43 | $0.00 | $10,672.43 |
| 7 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 8158 | Unsecured<br>11/06/12 |  | $11,300.74<br>$11,300.74 | $0.00 | $11,300.74 |
| 8 | N. A. CAPITAL ONE<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct#  3383 | Unsecured<br>11/12/12 |  | $5,410.29<br>$5,410.29 | $0.00 | $5,410.29 |

## Exhibit C

## Analysis of Claims Register

**Case: 12-22214**                                                        **VIRGILIO AQUINO AND MARIA AQUINO**

Claims Bar Date: 01/16/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | FSB AMERICAN EXPRESS BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br><br>MEMO: Acct# 1008 | Unsecured<br>11/16/12 | | $5,875.07<br>$5,875.07 | $0.00 | $5,875.07 |
| 10 | NELNET ON BEHALF OF US DEPT OF EDUC<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>MEMO: (10-1) Student Loan Obligation | Unsecured<br>11/16/12 | | $5,172.39<br>$5,172.39 | $0.00 | $5,172.39 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br><br>MEMO: Acct# 2519 | Unsecured<br>11/29/12 | | $15,705.32<br>$15,705.32 | $0.00 | $15,705.32 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br><br>MEMO: Acct# 7867 | Unsecured<br>11/29/12 | | $16,806.04<br>$16,806.04 | $0.00 | $16,806.04 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>MEMO: Line of Credit Acct# 6928 | Unsecured<br>01/14/13 | | $10,569.63<br>$10,569.63 | $0.00 | $10,569.63 |

**Exhibit C**

## Analysis of Claims Register

Case: 12-22214     **VIRGILIO AQUINO AND MARIA AQUINO**

Claims Bar Date: 01/16/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610<br>MEMO: Acct# 9152 | Unsecured<br>01/14/13 | | $22,965.83<br>$22,965.83 | $0.00 | $22,965.83 |
| | | | **Case Total:** | | **$0.00** | **$150,580.33** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-22214
Case Name: VIRGILIO AQUINO AND MARIA
Trustee Name: David R. Brown

**Balance on hand:**  $            32,381.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $    0.00
Remaining balance:  $    32,381.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID E GROCHOCINSKI | 3,500.00 | 0.00 | 3,500.00 |
| Attorney for Trustee Fees - DAVID E. GROCHOCINSKI | 3,136.50 | 0.00 | 3,136.50 |
| Attorney for Trustee, Expenses - DAVID E. GROCHOCINSKI | 65.86 | 0.00 | 65.86 |
| Trustee, Fees - DAVID R. BROWN | 750.00 | 0.00 | 750.00 |

Total to be paid for chapter 7 administrative expenses:  $    7,452.36
Remaining balance:  $    24,929.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $    0.00
Remaining balance:  $    24,929.10

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 24,929.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $143,127.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 11,010.00 | 0.00 | 1,917.65 |
| 2 | N. A. FIA CARD SERVICES | 17,521.04 | 0.00 | 3,051.70 |
| 3 | N. A. FIA CARD SERVICES | 601.51 | 0.00 | 104.77 |
| 4 | N. A. FIA CARD SERVICES | 6,449.36 | 0.00 | 1,123.31 |
| 5 | N. A. FIA CARD SERVICES | 3,068.32 | 0.00 | 534.42 |
| 6 | N. A. FIA CARD SERVICES | 10,672.43 | 0.00 | 1,858.85 |
| 7 | N. A. FIA CARD SERVICES | 11,300.74 | 0.00 | 1,968.29 |
| 8 | N. A. CAPITAL ONE | 5,410.29 | 0.00 | 942.33 |
| 9 | FSB AMERICAN EXPRESS BANK | 5,875.07 | 0.00 | 1,023.28 |
| 10 | NELNET ON BEHALF OF US DEPT OF EDUC | 5,172.39 | 0.00 | 900.89 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 15,705.32 | 0.00 | 2,735.45 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 16,806.04 | 0.00 | 2,927.17 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 10,569.63 | 0.00 | 1,840.95 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 22,965.83 | 0.00 | 4,000.04 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 24,929.10 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**