**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern  DIVISION**

In re: AQUINO, VIRGILIO  §   Case No. 12-22214
       AQUINO, MARIA       §
                           §
                           §
         Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David R. Brown, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/25/2015 in Courtroom 240, Old Kane County Court House  Courthouse, 100 S. Third Street, Geneva , IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 09/02/2015                    By: /s/ David R. Brown
                                        Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern DIVISION

In re: AQUINO, VIRGILIO  § Case No. 12-22214
       AQUINO, MARIA  §
                      §
                      §
       Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 35,000.00 |
| *and approved disbursements of:* | $ | 2,618.54 |
| *leaving a balance on hand of[1]:* | $ | 32,381.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 32,381.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID E GROCHOCINSKI | 3,500.00 | 0.00 | 3,500.00 |
| Attorney for Trustee Fees - DAVID E. GROCHOCINSKI | 3,136.50 | 0.00 | 3,136.50 |
| Attorney for Trustee, Expenses - DAVID E. GROCHOCINSKI | 65.86 | 0.00 | 65.86 |
| Trustee, Fees - DAVID R. BROWN | 750.00 | 0.00 | 750.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 7,452.36 |
| Remaining balance: | $ | 24,929.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $     24,929.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $          0.00
Remaining balance:   $     24,929.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $143,127.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 11,010.00 | 0.00 | 1,917.65 |
| 2 | N. A. FIA CARD SERVICES | 17,521.04 | 0.00 | 3,051.70 |
| 3 | N. A. FIA CARD SERVICES | 601.51 | 0.00 | 104.77 |
| 4 | N. A. FIA CARD SERVICES | 6,449.36 | 0.00 | 1,123.31 |
| 5 | N. A. FIA CARD SERVICES | 3,068.32 | 0.00 | 534.42 |
| 6 | N. A. FIA CARD SERVICES | 10,672.43 | 0.00 | 1,858.85 |
| 7 | N. A. FIA CARD SERVICES | 11,300.74 | 0.00 | 1,968.29 |
| 8 | N. A. CAPITAL ONE | 5,410.29 | 0.00 | 942.33 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | FSB AMERICAN EXPRESS BANK | 5,875.07 | 0.00 | 1,023.28 |
| 10 | NELNET ON BEHALF OF US DEPT OF EDUC | 5,172.39 | 0.00 | 900.89 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 15,705.32 | 0.00 | 2,735.45 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 16,806.04 | 0.00 | 2,927.17 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 10,569.63 | 0.00 | 1,840.95 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 22,965.83 | 0.00 | 4,000.04 |

Total to be paid for timely general unsecured claims: $ 24,929.10
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| |
|---|
| None |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $         0.00

David R. Brown: /s/ David R. Brown
Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                       United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                       Case No. 12-22214-DRC
Virgilio Aquino                                              Chapter 7
Maria Aquino
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1        User: dpruitt              Page 1 of 2               Date Rcvd: Sep 03, 2015
                            Form ID: pdf006            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2015.
db            #+Virgilio Aquino,    191 Seneca Trail,    Bloomingdale, IL 60108-2431
jdb           #+Maria Aquino,    191 Seneca Trail,    Bloomingdale, IL 60108-2431
18980514       American Express,    Box 0001,    Los Angeles, CA 90096-8000
19699998       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18980516      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
18980515      +Bank of America,    Business Card,    PO Box 15796,    Wilmington, DE 19850-5796
18980518      +Capital One,    PO Box 5253,    Carol Stream, IL 60197-5253
18980517      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
19681813       Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18980519      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
18980520      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
18980521      +Citibank/Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
19664314       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18980524      +Flagstar Bank FSB,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
                1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
18980525      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
18980527      +Green Tree Servicing LLC,    Andrew J Nelson,    PIERCE & ASSOCIATES PC,    1 N Dearborn Ste 1300,
                Chgo IL 60602-4373
18980528      +Marvin Aquino,    3847 N. Hermitage Avenue, #1,    Chicago, IL 60613-2733
18980529      +Nissan Motor Acceptance Corp.,    P.O. Box 660360,    Dallas, TX 75266-0360
19911997      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
18980531      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     PO Box 108,    Saint Louis, MO 63166)
18980530      +Universal Card/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18980523       E-mail/PDF: mrdiscen@discover.com Sep 04 2015 00:56:26      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
18980522      +E-mail/Text: electronicbkydocs@nelnet.net Sep 04 2015 00:49:32
                 Department of Education/Nelnet,    121 S. 13th Street,    Lincoln, NE 68508-1904
19591941       E-mail/PDF: mrdiscen@discover.com Sep 04 2015 00:56:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19701212      +E-mail/Text: electronicbkydocs@nelnet.net Sep 04 2015 00:49:32
                 Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
19911997       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2015 00:57:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
19751101      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2015 00:57:00
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18980526*      Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
18980532*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank Reserve Line,     PO Box 5227,    Cincinatti, OH 45201)
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: dpruitt              Page 2 of 2                   Date Rcvd: Sep 03, 2015
                               Form ID: pdf006            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2015 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Dana N O'Brien    on behalf of Creditor    Flagstar Bank, FSB dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor    Green Tree Servicing LLC dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David P Leibowitz, ESQ    on behalf of Debtor Virgilio  Aquino dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Joint Debtor Maria  Aquino dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David R Brown, ESQ   on behalf of Trustee David E Grochocinski dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Justin R. Storer    on behalf of Joint Debtor Maria  Aquino jstorer@lakelaw.com
              Justin R. Storer    on behalf of Debtor Virgilio  Aquino jstorer@lakelaw.com
              Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```