David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
     Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  AQUINO, VIRGILIO | § | Case No. 12-22214-DRC |
|       AQUINO, MARIA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $365,316.00    *(without deducting any secured claims)* | Assets Exempt: $12,672.00 |
| Total Distribution to Claimants: $24,929.10 | Claims Discharged Without Payment: $118,198.87 |
| Total Expenses of Administration: $10,070.90 | |

    3)  Total gross receipts of $ 35,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,868.54 | 10,070.90 | 10,070.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 143,127.97 | 143,127.97 | 24,929.10 |
| **TOTAL DISBURSEMENTS** | $0.00 | $149,996.51 | $153,198.87 | $35,000.00 |

    4) This case was originally filed under Chapter 7 on April 16, 2014. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2016            By: /s/David R. Brown
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6973 Highway Avenue, Suite 202 Jacksonville, FL | 1110-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID R. BROWN | 2100-000 | N/A | 750.00 | 750.00 | 750.00 |
| DAVID E GROCHOCINSKI | 2100-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| DAVID E. GROCHOCINSKI | 3120-000 | N/A | 0.00 | 65.86 | 65.86 |
| DAVID E. GROCHOCINSKI | 3110-000 | N/A | 0.00 | 3,136.50 | 3,136.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Karen Ewing | 3510-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 27.50 | 27.50 | 27.50 |
| Green Bank | 2600-000 | N/A | 3.12 | 3.12 | 3.12 |
| Green Bank | 2600-000 | N/A | 16.13 | 16.13 | 16.13 |
| Green Bank | 2600-000 | N/A | 16.10 | 16.10 | 16.10 |
| Green Bank | 2600-000 | N/A | 15.56 | 15.56 | 15.56 |
| Green Bank | 2600-000 | N/A | 17.09 | 17.09 | 17.09 |
| Green Bank | 2600-000 | N/A | 14.47 | 14.47 | 14.47 |
| Green Bank | 2600-000 | N/A | 26.68 | 26.68 | 26.68 |
| GREEN BANK | 2600-000 | N/A | 53.08 | 53.08 | 53.08 |
| GREEN BANK | 2600-000 | N/A | 55.07 | 55.07 | 55.07 |
| GREEN BANK | 2600-000 | N/A | 12.02 | 12.02 | 12.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 17.40 | 17.40 | 17.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.02 | 49.02 | 49.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.95 | 48.95 | 48.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.31 | 47.31 | 47.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.81 | 48.81 | 48.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.17 | 47.17 | 47.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.66 | 48.66 | 48.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.60 | 48.60 | 48.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.83 | 43.83 | 43.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.45 | 48.45 | 48.45 |
| Rabobank, N.A. | 2600-000 | N/A | 20.28 | 20.28 | 20.28 |
| Rabobank, N.A. | 2600-000 | N/A | 45.22 | 45.22 | 45.22 |
| Rabobank, N.A. | 2600-000 | N/A | 49.83 | 49.83 | 49.83 |
| Rabobank, N.A. | 2600-000 | N/A | 48.19 | 48.19 | 48.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,868.54 | $10,070.90 | $10,070.90 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 11,010.00 | 11,010.00 | 1,917.65 |
| 2 | N. A. FIA CARD SERVICES | 7100-000 | N/A | 17,521.04 | 17,521.04 | 3,051.70 |
| 3 | N. A. FIA CARD SERVICES | 7100-000 | N/A | 601.51 | 601.51 | 104.77 |
| 4 | N. A. FIA CARD SERVICES | 7100-000 | N/A | 6,449.36 | 6,449.36 | 1,123.31 |
| 5 | N. A. FIA CARD SERVICES | 7100-000 | N/A | 3,068.32 | 3,068.32 | 534.42 |
| 6 | N. A. FIA CARD SERVICES | 7100-000 | N/A | 10,672.43 | 10,672.43 | 1,858.85 |
| 7 | N. A. FIA CARD SERVICES | 7100-000 | N/A | 11,300.74 | 11,300.74 | 1,968.29 |
| 8 | N. A. CAPITAL ONE | 7100-000 | N/A | 5,410.29 | 5,410.29 | 942.33 |
| 9 | FSB AMERICAN EXPRESS BANK | 7100-000 | N/A | 5,875.07 | 5,875.07 | 1,023.28 |
| 10 | NELNET ON BEHALF OF US DEPT OF EDUC | 7100-000 | N/A | 5,172.39 | 5,172.39 | 900.89 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | N/A | 15,705.32 | 15,705.32 | 2,735.45 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | N/A | 16,806.04 | 16,806.04 | 2,927.17 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | N/A | 10,569.63 | 10,569.63 | 1,840.95 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | N/A | 22,965.83 | 22,965.83 | 4,000.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $143,127.97 | $143,127.97 | $24,929.10 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-22214-DRC  
**Case Name:** AQUINO, VIRGILIO  
　　　　　　　AQUINO, MARIA  
**Period Ending:** 02/19/16

**Trustee:**　　(330580)　David R. Brown  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/28/12  
**Claims Bar Date:** 01/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 191 Seneca Trail Bloomingdale, Il 60108 | 205,000.00 | 0.00 | | 0.00 | FA |
| 2 | 6973 Highway Avenue, Suite 202 Jacksonville, FL | 70,000.00 | Unknown | | 35,000.00 | FA |
| 3 | 3537 Live Oak Hollow Drive Orange Park, FL 32065 | 130,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking accounts with Bank of America and Fifth | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Typical household goods, furnishings, consumer | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | DVDs, books, family photos, household decor | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Basic necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Basic jewelry and accessories | 150.00 | 0.00 | | 0.00 | FA |
| 9 | 1999 Mercedes-Benz C230 w/ 190k miles | 2,800.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Ford F-150 w/ 75k miles | 7,766.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Econovan w/ 375k miles | 1,700.00 | 0.00 | | 0.00 | FA |
| 12 | 2010 Nissan Rogue | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 13 | 2000 Chevrolet S-10 that doesnt run; | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 15 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 17 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 23 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 24 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-22214-DRC  
**Case Name:** AQUINO, VIRGILIO  
             AQUINO, MARIA  
**Period Ending:** 02/19/16

**Trustee:** (330580)  David R. Brown  
**Filed (f) or Converted (c):** 04/16/14 (f)  
**§341(a) Meeting Date:** 06/28/12  
**Claims Bar Date:** 01/16/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 27   Assets   **Totals** (Excluding unknown values) | $435,316.00 | $13,000.00 | | $35,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    RETAINING BROKER IN FLORIDA TO SELL PROPERTY

    Negotiating repurchase of Florida property by co-owner.

    Order entered 8/23/13 for sale of Property, Asset #2.

    Sum of $10,000.00 due 8/23/13.

    Remaining $25,000.00 payment installments due with final due January 2014.

    Order of Default and Turnover in regard to Sale of Property, Asset #2, was entered on November 8, 2013.

    son failed to close original sale deal. Payments made in March, 2014.

    Trustee to review claims and file objections thereto if necessary and then prepare Final Report [SYSTEM 2014-04-25 05:00:00]

**Initial Projected Date Of Final Report (TFR):**   December 30, 2013    **Current Projected Date Of Final Report (TFR):**   August 11, 2015  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-22214-DRC  
**Case Name:** AQUINO, VIRGILIO  
AQUINO, MARIA  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 02/19/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** GREEN BANK  
**Account:** ********1401 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/13 | {2} | Mavers Corporation | Partial payment of $35,000 interest in 6073 Highway Avenue #202, Jacksonville per court order entered on August 23, 2013. | 1110-000 | 10,000.00 | | 10,000.00 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 3.12 | 9,996.88 |
| 10/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 16.13 | 9,980.75 |
| 11/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 16.10 | 9,964.65 |
| 12/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 15.56 | 9,949.09 |
| 01/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 17.09 | 9,932.00 |
| 02/28/14 | | Green Bank | Bank Service Fee | 2600-000 | | 14.47 | 9,917.53 |
| 03/10/14 | {2} | VyStar Credit Union | | 1110-000 | 5,000.00 | | 14,917.53 |
| 03/24/14 | {2} | Bank of America- Remitter: Maria El | | 1110-000 | 20,000.00 | | 34,917.53 |
| 03/25/14 | 3001 | Karen Ewing | 5% of the $35,000.00 sale price as ordered on August 23, 2013~~   3510-000   $-1,750.00 | 3510-000 | | 1,750.00 | 33,167.53 |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 26.68 | 33,140.85 |
| 04/02/14 | 3002 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455 2/01/14 to 2/10/15~~   2300-000   $-27.50 | 2300-000 | | 27.50 | 33,113.35 |
| 04/30/14 | | GREEN BANK | bank service fee | 2600-000 | | 53.08 | 33,060.27 |
| 05/30/14 | | GREEN BANK | bank service fee | 2600-000 | | 55.07 | 33,005.20 |
| 06/09/14 | | GREEN BANK | bank service fee | 2600-000 | | 12.02 | 32,993.18 |
| 06/10/14 | | Estate of VIRGILIO AQUINO, 12-22214 | transfer by deposit to Bank of NY Mellon | 9999-000 | | 32,993.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 35,000.00 | 35,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,993.18 | |
| | | | **Subtotal** | | 35,000.00 | 2,006.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,000.00** | **$2,006.82** | |

{} Asset reference(s)

Printed: 02/19/2016 11:27 AM      V.13.26

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-22214-DRC  
**Case Name:** AQUINO, VIRGILIO  
AQUINO, MARIA  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 02/19/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******24-72 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/14 | | Estate of VIRGILIO AQUINO, 12-22214 | Fund transfer Transfer of funds to DRB as successor trustee | 9999-000 | | -32,993.18 | 32,993.18 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.40 | 32,975.78 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 49.02 | 32,926.76 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.95 | 32,877.81 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 47.31 | 32,830.50 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.81 | 32,781.69 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 47.17 | 32,734.52 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.66 | 32,685.86 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.60 | 32,637.26 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 43.83 | 32,593.43 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.45 | 32,544.98 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 32,544.98 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
|  | Less: Bank Transfers | | 0.00 | -448.20 | |
|  | **Subtotal** | | 0.00 | 448.20 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | **NET Receipts / Disbursements** | | **$0.00** | **$448.20** | |

{} Asset reference(s)    Printed: 02/19/2016 11:27 AM    V.13.26

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-22214-DRC  
**Case Name:** AQUINO, VIRGILIO  
AQUINO, MARIA  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 02/19/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $77,173,558.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 32,544.98 | | 32,544.98 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.28 | 32,524.70 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.22 | 32,479.48 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.83 | 32,429.65 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.19 | 32,381.46 |
| 10/14/15 | 20101 | DAVID E. GROCHOCINSKI | Dividend paid 100.00% on $65.86 | Claim # ATTY EXP | Filed: $0.00 | 3120-000 | | 65.86 | 32,315.60 |
| 10/14/15 | 20102 | DAVID E. GROCHOCINSKI | Dividend paid 100.00% on $3,136.50 | Claim # ATTY FEES | Filed: $0.00 | 3110-000 | | 3,136.50 | 29,179.10 |
| 10/14/15 | 20103 | DAVID E GROCHOCINSKI | Dividend paid 100.00% on $3,500.00 | Claim # TR COMP | Filed: $3,500.00 | 2100-000 | | 3,500.00 | 25,679.10 |
| 10/14/15 | 20104 | DAVID R. BROWN | Dividend paid 100.00% on $750.00 | Claim # TR COMP | Filed: $750.00 | 2100-000 | | 750.00 | 24,929.10 |
| 10/14/15 | 20105 | DISCOVER BANK | Dividend paid 17.42% on $11,010.00 | Claim # 1 | Filed: $11,010.00 | 7100-000 | | 1,917.65 | 23,011.45 |
| 10/14/15 | 20106 | N. A. FIA CARD SERVICES | Dividend paid 17.42% on $17,521.04 | Claim # 2 | Filed: $17,521.04 | 7100-000 | | 3,051.70 | 19,959.75 |
| 10/14/15 | 20107 | N. A. FIA CARD SERVICES | Dividend paid 17.42% on $601.51 | Claim # 3 | Filed: $601.51 | 7100-000 | | 104.77 | 19,854.98 |
| 10/14/15 | 20108 | N. A. FIA CARD SERVICES | Dividend paid 17.42% on $6,449.36 | Claim # 4 | Filed: $6,449.36 | 7100-000 | | 1,123.31 | 18,731.67 |
| 10/14/15 | 20109 | N. A. FIA CARD SERVICES | Dividend paid 17.42% on $3,068.32 | Claim # 5 | Filed: $3,068.32 | 7100-000 | | 534.42 | 18,197.25 |
| 10/14/15 | 20110 | N. A. FIA CARD SERVICES | Dividend paid 17.42% on $10,672.43 | Claim # 6 | Filed: $10,672.43 | 7100-000 | | 1,858.85 | 16,338.40 |
| 10/14/15 | 20111 | N. A. FIA CARD SERVICES | Dividend paid 17.42% on $11,300.74 | Claim # 7 | Filed: $11,300.74 | 7100-000 | | 1,968.29 | 14,370.11 |
| 10/14/15 | 20112 | N. A. CAPITAL ONE | Dividend paid 17.42% on $5,410.29 | Claim # 8 | Filed: $5,410.29 | 7100-000 | | 942.33 | 13,427.78 |
| 10/14/15 | 20113 | FSB AMERICAN EXPRESS BANK | Dividend paid 17.42% on $5,875.07 | Claim # 9 | Filed: $5,875.07 | 7100-000 | | 1,023.28 | 12,404.50 |
| 10/14/15 | 20114 | NELNET ON BEHALF OF US DEPT OF EDUC | Dividend paid 17.42% on $5,172.39 | Claim # 10 | Filed: $5,172.39 | 7100-000 | | 900.89 | 11,503.61 |
| 10/14/15 | 20115 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Dividend paid 17.42% on $15,705.32 | Claim # 11 | Filed: $15,705.32 | 7100-000 | | 2,735.45 | 8,768.16 |
| 10/14/15 | 20116 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Dividend paid 17.42% on $16,806.04 | Claim # 12 | Filed: $16,806.04 | 7100-000 | | 2,927.17 | 5,840.99 |
| 10/14/15 | 20117 | PORTFOLIO RECOVERY | Dividend paid 17.42% on $10,569.63 | Claim # | 7100-000 | | 1,840.95 | 4,000.04 |

Subtotals :   $32,544.98   $28,544.94

{} Asset reference(s)

Printed: 02/19/2016 11:27 AM    V.13.26

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-22214-DRC  
**Case Name:** AQUINO, VIRGILIO  
AQUINO, MARIA  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 02/19/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | ASSOCIATES, LLC | 13 \| Filed: $10,569.63 |  |  |  |  |
| 10/14/15 | 20118 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid 17.42% on $22,965.83 \| Claim # 14 \| Filed: $22,965.83 | 7100-000 |  | 4,000.04 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 32,544.98 | 32,544.98 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 32,544.98 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 32,544.98 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $0.00 | $32,544.98 |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********1401** | 35,000.00 | 2,006.82 | 0.00 |
| **Checking # ****-******24-72** | 0.00 | 448.20 | 0.00 |
| **Checking # ******3866** | 0.00 | 32,544.98 | 0.00 |
|  | $35,000.00 | $35,000.00 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/19/2016 11:27 AM    V.13.26